In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00317-CV**
_____

**IN THE INTEREST OF E.M. AND E.B.**

_____

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-235,262**

_____

**ORDER**

E.M. filed a notice of appeal from an order terminating his parental rights. The trial court signed the amended judgment on September 1, 2021. Notice of appeal was due September 21, 2021. The trial court clerk received the notice of appeal on October 11, 2021, but the record does not show on what date appellant mailed the notice of appeal or delivered the notice of appeal to the detention facility authorities for mailing. On November 8, 2021, appellant asked this Court to allow him to proceed in forma pauperis. Before this appeal may proceed, it is necessary to determine whether appellant mailed the notice of appeal on or before October 6,

1

2021, whether he can afford payment of court costs, and whether he is entitled to appointed counsel for the appeal.

We hereby abate the appeal and remand the case to the trial court for a hearing. We direct the trial court to determine the date on which appellant mailed the notice of appeal or turned the notice of appeal over to the detention center authorities for mailing. We further direct the trial court to obtain from the appellant a statement of inability to afford payment of court costs and determine appellant's ability to afford payment of court costs under Rule 145 of the Texas Rules of Civil Procedure. *See* Tex. R. Civ. P. 145. If appellant is indigent and desires to appeal, we direct the trial court to appoint counsel for the appellant. *See* Tex. Fam. Code Ann. § 107.013. Any documents filed and orders signed pursuant to this Order shall be forwarded to this Court for filing as a supplemental record no later than December 6, 2021. The appeal will be reinstated without further Order of this Court when the supplemental record is filed with the appellate court.

ORDER ENTERED November 15, 2021.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.

2